# United States Bankruptcy Court
## District of Kansas

In re **Teresa Joyce Nash**　　　　　　　　　　　　　　　Case No. **17-40908**
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter **13**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):　　**American First Finance**
　　　　　　　　　　　　　　　　　　　　**PO Box 565848, Dallas, TX 75356**

2. Claim (amount owed, nature of claim, date incurred):
　　Amount owed:　**$0.00**
　　Nature of claim:
　　Date incurred:

3. This claim has been scheduled as (Check one box):
　　☐ secured;　　　☐ priority;　　　☑ general unsecured.

4. Trustee, if one has been appointed:　**Jan Hamilton**

5. Original deadline for filing proofs of claim:　**12/06/2017**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☑　This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐　This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑　This claim was added to the schedules after the deadline for filing claims stated above.

☐　This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑　A plan in this case was confirmed on [Date　**11/29/2017**　].

☐　No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**　　**2850 SW Mission Woods Drive**
　　　　　　　　　　　　　　　　　**Topeka, KS 66614-5616**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, **Kerry M. Gasper 12551**, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on **02/06/2020**.

　　　　　　　　　　　　　　　　　　　　**/s/ Kerry M. Gasper**
　　　　　　　　　　　　　　　　　　　　**Kerry M. Gasper 12551**
　　　　　　　　　　　　　　　　　　　　**Signature**

# United States Bankruptcy Court
## District of Kansas

In re __Teresa Joyce Nash__    Case No. __17-40908__
Debtor(s)    Chapter __13__

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): **Benjamin Franklin Finance**
   **107 N State Road 135 Ste 302, Greenwood, IN 46142**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:   **$4,084.00**
   Nature of claim:
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;    ☐ priority;    ☑ general unsecured.

4. Trustee, if one has been appointed: __Jan Hamilton__

5. Original deadline for filing proofs of claim: __12/06/2017__

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

   or

   ☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date __11/29/2017__].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**    **2850 SW Mission Woods Drive**
                              **Topeka, KS 66614-5616**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, __Kerry M. Gasper 12551__, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on __02/06/2020__.

/s/ Kerry M. Gasper
**Kerry M. Gasper 12551**
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re __Teresa Joyce Nash__  
Debtor(s)

Case No. __17-40908__  
Chapter __13__

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): **Bright Lending**  
   **PO Box 481, Lac Du Flambeau, WI 54538**

2. Claim (amount owed, nature of claim, date incurred):  
   Amount owed: __$670.00__  
   Nature of claim: _____  
   Date incurred: _____

3. This claim has been scheduled as (Check one box):  
   ☐ secured;  ☐ priority;  ☑ general unsecured.

4. Trustee, if one has been appointed: __Jan Hamilton__

5. Original deadline for filing proofs of claim: __12/06/2017__

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: ____

or

☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date __11/29/2017__].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date ____] at [Location ____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date ____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**  
**2850 SW Mission Woods Drive**  
**Topeka, KS 66614-5616**  
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, __Kerry M. Gasper 12551__, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on __02/06/2020__.

/s/ Kerry M. Gasper  
**Kerry M. Gasper 12551**  
Signature

# United States Bankruptcy Court
## District of Kansas

In re __Teresa Joyce Nash__  
Debtor(s)

Case No. __17-40908__  
Chapter __13__

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): **Central National Bank**
   **800 SE Quincy St, Topeka, KS 66612**

2. Claim (amount owed, nature of claim, date incurred):
   - Amount owed: **$775.00**
   - Nature of claim:
   - Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;   ☐ priority;   ☑ general unsecured.

4. Trustee, if one has been appointed: __Jan Hamilton__

5. Original deadline for filing proofs of claim: __12/06/2017__

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date __11/29/2017__].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**   **2850 SW Mission Woods Drive**
**Topeka, KS 66614-5616**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, __Kerry M. Gasper 12551__, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on __02/06/2020__.

/s/ Kerry M. Gasper  
**Kerry M. Gasper 12551**  
Signature

# United States Bankruptcy Court
## District of Kansas

In re __Teresa Joyce Nash__  
Debtor(s)

Case No. __17-40908__  
Chapter __13__

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): **Check into Cash**  
   **7809 E Harry, Wichita, KS 67207**

2. Claim (amount owed, nature of claim, date incurred):  
   Amount owed: **$300.00**  
   Nature of claim:  
   Date incurred:

3. This claim has been scheduled as (Check one box):  
   ☐ secured;     ☐ priority;     ☑ general unsecured.

4. Trustee, if one has been appointed: __Jan Hamilton__

5. Original deadline for filing proofs of claim: __12/06/2017__

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date __11/29/2017__].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**   **2850 SW Mission Woods Drive**  
**Topeka, KS 66614-5616**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, __Kerry M. Gasper 12551__, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on __02/06/2020__.

/s/ Kerry M. Gasper  
**Kerry M. Gasper 12551**  
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re __Teresa Joyce Nash__  
Debtor(s)

Case No. __17-40908__  
Chapter __13__

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  **City of Wichita Water Dept**
   **101 E Pawnee Street, Wichita, KS 67211**

2. Claim (amount owed, nature of claim, date incurred):
   - Amount owed: __$412.46__
   - Nature of claim: _____
   - Date incurred: _____

3. This claim has been scheduled as (Check one box):
   - ☐ secured;
   - ☐ priority;
   - ☑ general unsecured.

4. Trustee, if one has been appointed: __Jan Hamilton__

5. Original deadline for filing proofs of claim: __12/06/2017__

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date __11/29/2017__].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**  
**2850 SW Mission Woods Drive**  
**Topeka, KS 66614-5616**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, __Kerry M. Gasper 12551__, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on __02/06/2020__.

/s/ Kerry M. Gasper  
**Kerry M. Gasper 12551**  
Signature

# United States Bankruptcy Court
## District of Kansas

In re __Teresa Joyce Nash__                                Case No. __17-40908__
                         Debtor(s)                         Chapter __13__

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
### (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): __Cox Communications HQ__
   __901 S George Washington Blvd, Wichita, KS 67211__

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed: __$287.41__
   Nature of claim: _____
   Date incurred: _____

3. This claim has been scheduled as (Check one box):
   ☐ secured;     ☐ priority;     ☑ general unsecured.

4. Trustee, if one has been appointed: __Jan Hamilton__

5. Original deadline for filing proofs of claim: __12/06/2017__

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: ____

or

☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date __11/29/2017__].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date ____] at [Location ____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date ____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

__Kerry M. Gasper 12551__     __2850 SW Mission Woods Drive__
                              __Topeka, KS 66614-5616__

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, __Kerry M. Gasper 12551__, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on __02/06/2020__.

                              /s/ Kerry M. Gasper
                              **Kerry M. Gasper 12551**
                              **Signature**

# United States Bankruptcy Court
## District of Kansas

In re  **Teresa Joyce Nash**                                          Case No.  **17-40908**

                              Debtor(s)                                Chapter  **13**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  **Evergy**
   **PO Box 419353, Kansas City, MO 64141**

2. Claim (amount owed, nature of claim, date incurred):
   - Amount owed:  **$499.36**
   - Nature of claim:
   - Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;   ☐ priority;   ☑ general unsecured.

4. Trustee, if one has been appointed:  **Jan Hamilton**

5. Original deadline for filing proofs of claim:  **12/06/2017**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date  **11/29/2017**  ].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**    **2850 SW Mission Woods Drive**
                            **Topeka, KS 66614-5616**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,  **Kerry M. Gasper 12551** , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on  **02/06/2020** .

                                          **/s/ Kerry M. Gasper**
                                          **Kerry M. Gasper 12551**
                                          **Signature**

# United States Bankruptcy Court
## District of Kansas

In re **Teresa Joyce Nash**     Case No. **17-40908**
           Debtor(s)     Chapter **13**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):     **Finanical Co of America**
                                      **Po Box 203500, Austin, TX 78720**

2. Claim (amount owed, nature of claim, date incurred):
     Amount owed:    **$14,275.77**
     Nature of claim:
     Date incurred:

3. This claim has been scheduled as (Check one box):
     ☐ secured;      ☐ priority;      ☑ general unsecured.

4. Trustee, if one has been appointed:    **Jan Hamilton**

5. Original deadline for filing proofs of claim:    **12/06/2017**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☑    This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐    This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑    This claim was added to the schedules after the deadline for filing claims stated above.

☐    This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑    A plan in this case was confirmed on [Date  **11/29/2017** ].

☐    No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**      **2850 SW Mission Woods Drive**
                                    **Topeka, KS 66614-5616**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I,  **Kerry M. Gasper 12551**, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on  **02/06/2020**.

                                                     /s/ Kerry M. Gasper
                                                     **Kerry M. Gasper 12551**
                                                     **Signature**

# United States Bankruptcy Court
## District of Kansas

In re __Teresa Joyce Nash__  
Debtor(s)

Case No. __17-40908__  
Chapter __13__

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): **GreenArrow Loans**
   **PO Box 170, Finley, CA 95435**

2. Claim (amount owed, nature of claim, date incurred):
   - Amount owed: **$361.99**
   - Nature of claim:
   - Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;  ☐ priority;  ☑ general unsecured.

4. Trustee, if one has been appointed: __Jan Hamilton__

5. Original deadline for filing proofs of claim: __12/06/2017__

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date __11/29/2017__].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**  
**2850 SW Mission Woods Drive**  
**Topeka, KS 66614-5616**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, __Kerry M. Gasper 12551__, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on __02/06/2020__.

/s/ Kerry M. Gasper  
**Kerry M. Gasper 12551**  
Signature

# United States Bankruptcy Court
## District of Kansas

In re **Teresa Joyce Nash**  
Debtor(s)

Case No. **17-40908**  
Chapter **13**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): **Integra Credit**
   **200 W Jackson Blvd, Ste 500, Chicago, IL 60606**

2. Claim (amount owed, nature of claim, date incurred):
   - Amount owed: **$900.00**
   - Nature of claim:
   - Date incurred:

3. This claim has been scheduled as (Check one box):
   - ☐ secured;
   - ☐ priority;
   - ☑ general unsecured.

4. Trustee, if one has been appointed: **Jan Hamilton**

5. Original deadline for filing proofs of claim: **12/06/2017**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date **11/29/2017**].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**  
**2850 SW Mission Woods Drive**  
**Topeka, KS 66614-5616**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, **Kerry M. Gasper 12551**, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on **02/06/2020**.

**/s/ Kerry M. Gasper**  
**Kerry M. Gasper 12551**  
**Signature**

# United States Bankruptcy Court
## District of Kansas

In re: **Teresa Joyce Nash**
Debtor(s)

Case No. **17-40908**
Chapter **13**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): **Kansas Gas Service**
   **PO Box 219046, Kansas City, MO 64121-9046**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed: **$177.90**
   Nature of claim:
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;   ☐ priority;   ☑ general unsecured.

4. Trustee, if one has been appointed: **Jan Hamilton**

5. Original deadline for filing proofs of claim: **12/06/2017**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date **11/29/2017**].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**
**2850 SW Mission Woods Drive**
**Topeka, KS 66614-5616**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, **Kerry M. Gasper 12551**, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on **02/06/2020**.

**/s/ Kerry M. Gasper**
**Kerry M. Gasper 12551**
Signature

# United States Bankruptcy Court
## District of Kansas

In re __Teresa Joyce Nash__  
Debtor(s)

Case No. __17-40908__  
Chapter __13__

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): **MoneyKey**
   **3422 Old Capitol Trail Suite 1, Wilmington, DE 19808**

2. Claim (amount owed, nature of claim, date incurred):
   - Amount owed: **$775.00**
   - Nature of claim:
   - Date incurred:

3. This claim has been scheduled as (Check one box):
   - ☐ secured;
   - ☐ priority;
   - ☑ general unsecured.

4. Trustee, if one has been appointed: __Jan Hamilton__

5. Original deadline for filing proofs of claim: __12/06/2017__

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date __11/29/2017__].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**  
**2850 SW Mission Woods Drive**  
**Topeka, KS 66614-5616**  
**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, __Kerry M. Gasper 12551__, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on __02/06/2020__.

/s/ Kerry M. Gasper  
**Kerry M. Gasper 12551**  
Signature

# United States Bankruptcy Court
## District of Kansas

In re __Teresa Joyce Nash__                                    Case No. __17-40908__
                          Debtor(s)                             Chapter __13__

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  **Skycash**
   **2637 E Atlantic Blvd, Pompano Beach, FL 33062**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:  **$617.00**
   Nature of claim:
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;         ☐ priority;         ☑ general unsecured.

4. Trustee, if one has been appointed:  __Jan Hamilton__

5. Original deadline for filing proofs of claim:  __12/06/2017__

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date __11/29/2017__].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**      **2850 SW Mission Woods Drive**
                               **Topeka, KS 66614-5616**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service:  I, __Kerry M. Gasper 12551__, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on __02/06/2020__.

                                               /s/ Kerry M. Gasper
                                               **Kerry M. Gasper 12551**
                                               Signature

# United States Bankruptcy Court
## District of Kansas

In re **Teresa Joyce Nash**  
Debtor(s)

Case No. **17-40908**  
Chapter **13**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): **Sprint**
   **PO Box 4191, Carol Stream, IL 60197**

2. Claim (amount owed, nature of claim, date incurred):
   - Amount owed: **$800.00**
   - Nature of claim:
   - Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;   ☐ priority;   ☑ general unsecured.

4. Trustee, if one has been appointed: **Jan Hamilton**

5. Original deadline for filing proofs of claim: **12/06/2017**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date **11/29/2017**].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**   **2850 SW Mission Woods Drive**
**Topeka, KS 66614-5616**

**Attorney for Debtor(s) (type name and address)**

Certificate of Service: I, **Kerry M. Gasper 12551**, certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on **02/06/2020**.

/s/ Kerry M. Gasper  
**Kerry M. Gasper 12551**  
Signature

# United States Bankruptcy Court
## District of Kansas

In re  **Teresa Joyce Nash**                             Case No.  **17-40908**
                           Debtor(s)                      Chapter   **13**

## NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
## (ADDITION OF CREDITOR(S))

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address):  **TrueAccord**
   **16011 College Blvd Ste 130, Lenexa, KS 66219**

2. Claim (amount owed, nature of claim, date incurred):
   Amount owed:  **$617.86**
   Nature of claim:
   Date incurred:

3. This claim has been scheduled as (Check one box):
   ☐ secured;          ☐ priority;          ☑ general unsecured.

4. Trustee, if one has been appointed:  **Jan Hamilton**

5. Original deadline for filing proofs of claim:  **12/06/2017**

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523,727 [Date]: _____

or

☑ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

☐ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

☑ This claim was added to the schedules after the deadline for filing claims stated above.

☐ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

☑ A plan in this case was confirmed on [Date  **11/29/2017**  ].

☐ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date _____] at [Location _____]. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date _____]. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

**Kerry M. Gasper 12551**        **2850 SW Mission Woods Drive**
                                  **Topeka, KS 66614-5616**
**Attorney for Debtor(s) (type name and address)**

Certificate of Service:  I,  **Kerry M. Gasper 12551**  , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on  **02/06/2020**  .

                                             /s/ Kerry M. Gasper
                                             **Kerry M. Gasper 12551**
                                             Signature